IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

CARL DANIEL SIMS                              CASE NO. 19-30106-KKS
                                              CHAPTER 7

        Debtor.
_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**PURSUANT TO LOCAL RULE 2002-2, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE PROOF OF SERVICE PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL, OR SUCH OTHER PERIOD AS MAY BE SPECIFIED IN FED. R. BANKR. P. 9006(F).**

**IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE AN OBJECTION OR RESPONSE ELECTRONICALLY WITH THE CLERK OF THE COURT OR BY MAIL AT 110 E. PARK AVENUE, SUITE 100, TALLAHASSEE, FL, 32301 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, GAVIN STEWART, ESQ., P.O. BOX 5703, CLEARWATER, FL 33758, AND ANY OTHER APPROPRIATE PERSON WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.**

**IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

Toyota Motor Credit Corporation ("Movant") seeks, pursuant to 11 U.S.C. §362(d), for relief from the automatic stay and states:

1. On July 19, 2016, Debtor entered into a Retail Installment Sale Contract with Movant for the following vehicle: 2011 TOYOTA AVALON; VIN: 4T1BK3DBXBU402521 ("Vehicle").

2. As indicated on the Title, Movant is the lienholder on the title to the Vehicle.  True and correct copies of the Contract and Title are attached hereto as Composite Exhibit "A."

3. The Debtor is in default. As of February 16, 2019, the payoff balance was $10,935.67 and the loan is due for the December 2, 2018 payment and all subsequent payments. A copy of the Affidavit in Support of Motion for Relief is attached hereto as Composite Exhibit "A."

4. According to the Statement of Intention, Debtor intends to surrender the collateral.

5. According to the N.A.D.A., the value of the Collateral is $10,875.00.  A copy of the N.A.D.A. record is attached hereto as Composite Exhibit "A."

6. It would be inequitable to allow the Debtor to retain the Property, as there is no equity above the total indebtedness.

7. Furthermore, Movant is not receiving payments to protect against the erosion of its security interest in the Property.

8. If Movant is not permitted to enforce its lien on the Property, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests the Court enter an order:

 a. terminating the automatic stay;

 b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Vehicle described herein; and

 c. granting such other relief that the Court may deem just and proper.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33765
P: (727) 565-2653

                F: (727) 213-9022
                E:bk@stewartlegalgroup.com
                Counsel for Movant

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 27th day of February, 2019.

                */s/ Gavin N. Stewart*
                Gavin N. Stewart, Esquire
                Florida Bar Number 52899

**VIA FIRST CLASS MAIL**
Carl Daniel Sims
512 Decatur Ave.
Pensacola, FL 32507

**VIA CM/ECF NOTICE**
Steven D. Jurnovoy
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
landj@4-debtor.com

Mary W. Colon
P.O. Box 14596
Tallahassee, FL 32317
trustee@marycolon.com

United States Trustee
110 E. Park Avenue
Suite 128
Tallahassee, FL 32301
USTPRegion21.TL.ECF@usdoj.gov