UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:                                                                                    Case No. 19-30106-KKS
                                                                                          Chapter 7
Carl Sims,

      Debtor.
_____

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND SIMMONS REALTY GROUP INC TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330 (Doc. 27)**

THIS MATTER came before this Court upon the *Chapter 7 Trustee's Notice and Application to Retain BK Global Real Estate Services and Simmons Realty Group Inc to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* (Doc. 27) (the "Application"), the Court having reviewed and considered the Notice, Application, and Affidavit of Disinterestedness and finding good and sufficient cause, and the same to be in the best interest of the Debtor and the Creditors, it is

    **ORDERED**:

    1.    The Application is APPROVED;

    2.    The Trustee is authorized to retain and compensate BKRES and the local licensed Listing Agent to **provide the necessary professional assistance and**

**representation required by the Trustee to fulfill the Trustee's duties pursuant**

**to 11 U.S.C. § 704 in order to** procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement, and this Order.  BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity unless specifically approved by this Court;

      3.    BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 330 of the Bankruptcy Code;

      4.    BKRES and Listing Agent are authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court.  In no circumstance shall the Estate be obligated to compensate or reimburse BKRES or Listing Agent in such event, and BKRES and Listing Agent shall not have a claim against the Estate for any unpaid amounts.  BKRES and Listing Agent, and anyone claiming by, through, or under either of them, shall only have recourse for recovering its fee from Secured Creditor.  The Estate shall have no liability for any such claim;

5. Trustee is authorized to engage BKRES and Listing Agent to provide reasonable and necessary property preservation, maintenance, and upkeep services to the subject Estate Property to facilitate the sale of the Property for the benefit of the Secured Creditor(s) and bankruptcy estate, and to reimburse the Brokers in a maximum amount not to exceed $500.00 for the approved reasonable, necessary costs and expenses of preserving, or disposing of, the subject Property, without the need for further Order only upon a sale of the Property;

6. Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit; and,

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

DONE and ORDERED on  April 24, 2019  .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Trustee, Mary W. Colón, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

Submitted By:
Mary W. Colón, Esq.,
Chapter 7 Trustee

Amended in Chambers.