**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re

Carl Daniel Sims aka Carl D. Sims aka Carl Sims

                CHAPTER    7
                CASE NO.    19-30106-KKS

    Debtor(s)

_____/

**RESPONSE BY MICHIGAN MUTUAL INC. TO TRUSTEE'S MOTION TO APPROVE SHORT SALE OF REAL PROPERTY FREE AND CLEAR**
**(Doc. No. 37)**

      MICHIGAN MUTUAL INC. ("Creditor"), responds to the Trustee's Motion to Approve a Short Sale of Real Property Free and Clear (Doc No. 37) as to the following Real Property located at 512 DECATUR AVE, PENSACOLA, FL 32507, and more particularly described as LOTS 3 AND 4, BLOCK 103, BEACH HAVEN, A SUBDIVISION OF A PORTION OF SECTION 54, TOWNSHIP 2 SOUTH, RANGE 30 WEST, AND OF SECTION 35, TOWNSHIP 2 SOUTH, RANGE 31 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO THE PLAT THEREOF RECORDED IN DEED BOOK 46 AT PAGE 51, OF THE PUBLIC RECORDS OD SAID COUNTY. ("Property") and states as follows:

      1.      The Trustee has filed a Motion to Short Sale Real Property Free and Clear (Doc No. 37) seeking permission to short sell property and state that they have received a short sale offer.

      2.      Creditor does not object to the Trustee's' Motion to the extent that Creditor is allowed to review the proposed short sale contract under its standard short sale review process and that the sale is subject to Creditor's terms and conditions and written approval is provided by MICHIGAN MUTUAL INC. prior to the closing.

      3.      Creditor objects to entry of an Order compelling it to accept the terms of the proposed short sale contract, or sets any time line for review of the short sale contract, absent its standard short sale review process and written approval.

      4.      Creditor is filing this Response out of an abundance of caution based upon its

experience in other cases where similar motions have been filed and granted but the sale was not held in accordance with Creditor's short sale procedures. The Order on the Trustee's Motion should be clear that the Creditor is not compelled to participate in a short sale of the Property absent its consent and any sale shall be subject to its standard procedures as outlined in the approval letter.

WHEREFORE, Creditor requests that the Court enter an Order Granting the Trustee's Motion subject to the above conditions.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:   (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on December 13, 2019, by U.S. Mail and/or electronic mail via CM/ECF to: Carl Daniel Sims aka Carl D. Sims aka Carl Sims, 512 Decatur Ave., Pensacola, FL 32507; Steven Jurnovoy landj@4-debtor.com; Mary W. Colon, Trustee trustee@marycolon.com.

/s/ Jessica Hicks
Jessica Hicks (x1465)

1807798B/mb