**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 19-30106-KKS |
| | CHAPTER 7 |
| CARL DANIEL SIMS, | |
|     Debtor(s), | |
| _____/ | |

**ORDER GRANTING MOTION TO SELL
REAL PROPERTY FREE AND CLEAR OF LIENS,
ENCUMBRANCES AND INTERESTS (Doc. 37)**

**UPON CONSIDERATION** of the Motion to Sell Real Property Free and Clear of Liens, Encumbrances and Interests (Doc. 37), Trustee filing her Notice of Intent to Sell Real Property (Doc. 36) with a twenty-one day negative notice, the motion and notice were served, a response was filed by Secured Creditor Michigan Mutual, Inc. (Doc. 42), and a hearing was held on 12/18/2019.  The Court has determined that the relief sought in the Motion should be granted and as further evidenced by the Notice of Intent to Sell Real Property of the Estate, it is,

    **ORDERED,** as follows:

    1.    The Motion is **GRANTED** and the Notice of Intent to Sell **is**

**APPROVED**.

2. The Trustee is authorized to sell the Property, located at 512 Decatur Ave, Pensacola Florida 32507, identified as Escambia County Parcel I.D. no. 35-2S-31-1000-003-103 and described as:

> LOTS 3 AND 4, BLOCK 103, BEACH HAVEN, A SUBDIVISION OF A PORTION OF SECTION 54, TOWNSHIP 2 SOUTH, RANGE 30 WEST, AND OF SECTION 35, TOWNSHIP 2 SOUTH, RANGE 31 WEST, ESCABMIA COUNTY, FLORIDA, ACCORDING TO THE PLAT THEREOF RECORDED IN DEED BOOK 46 AT PAGE 51, OF THE PUBLIC RECORDS OF SAID COUNTY

free and clear of all liens, encumbrances, or interests of any party, including that of Michigan Mutual, Inc., pursuant to those terms identified in the Notice of Intent to Sell and an updated short sale letter from Michigan Mutual, Inc., for the price of $130,000.00 to the current purchaser; and it is further

3. The Trustee is authorized to take any and all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property free and clear of all liens, encumbrances, or interests, including without limitation, executing a deed conveying the interests of the Debtors, or

any other party claiming an interest in the Property, to the current purchaser.

4. The Trustee is authorized to pay certain expenses from the proceeds of the sale and that the proceeds shall be disbursed in the following manner:

    a. **Payoff to First Mortgage Holder, Michigan Mutual, Inc. estimated to be $116,993.30 but to be updated and paid in full pursuant to a current payoff letter at the date of the sale.**

    b. **Brokerage Fees (6% of the sales price) - $7,800.00**

    c. **Documentary Stamps - $910.00**

    d. **Record motion to sell Order - $100.00**

    e. **Homeowner's Association Lien est. - $2,000.00**

    f. **Municipal lien search $400.00**

    g. **Title Owner's policy $34.00**

    h. **The Estate will receive a buyer's premium of $5,000.00**

5. The Trustee upon execution and closing of the sale, shall deposit the net proceeds into the estate to be administered by the

Trustee on behalf of the unsecured creditors in accordance with Bankruptcy procedure.

**DONE AND ORDERED** on  December 23, 2019

_____
Karen K. Specie
Chief U.S. Bankruptcy Judge

Order Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.